UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LUCAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFE CYCLE ENGINEERING, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18cv168-JM(RBB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND SETTLEMENT CONFERENCE** |

On March 13, 2018, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before **April 6, 2018**.

3. No discovery plan is required.

1

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before **April 20, 2018**. Any motions addressing disputes related to initial disclosures shall be filed no later than thirty (30) days following the date the disclosures were due. The 30-day deadline will not be extended without a prior Court order; counsel cannot unilaterally extend the deadline. For example, ongoing meet-and-confer efforts or supplemental disclosures do not extend the deadline. **A failure to comply may bar the party from filing a corresponding motion.**

5. Counsel only shall participate in a telephonic settlement conference with Judge Ruben B. Brooks on **August 21, 2018**, at **8:30 a.m.** Counsel for Plaintiff is to initiate the call.

Plaintiff's counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 14, 2018

*Ruben Brooks*
Hon. Ruben B. Brooks
United States Magistrate Judge

cc: Judge Jeffrey T. Miller
All Parties of Record